THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
South Carolina Department of Social Services,       
Respondent,
 
 
 

v.

 
 
 
Ronald Ceo, Jameral Ingram, Sr., John Doe, the unknown father of Rontae 
 A. Ceo, and Jameral F. Ingram, Jr., and Rontae A. Ceo, a child,  D/O/B 
 10/27/97 and Jameral F. Ingram, Jr., a child,  D/O/B 4/6/95,       
Defendants,
of whom Ronald Ceo is,       
Appellant.
 
 
 

Appeal From Marion County
Mary E. Buchan, Family Court Judge

Unpublished Opinion No. 2003-UP-059
"Submitted November 20, 2002  Filed 
 January 17, 2003   

AFFIRMED

 
 
 
Michael A. Meetze, of Marion, for appellant. 
Timothy H. Pogue, of Marion, for respondent.
 
 
 

PER CURIAM:  Ronald Ceo appeals the termination 
 of his parental rights to his minor child born October 27, 1997.  The family 
 court found the child had lived outside Ceos home for a period exceeding six 
 months, and during this time Ceo had failed to support the child.  S.C. Code 
 Ann. § 20-7-1572(4) (Supp. 2001).  The family court also found it to be in the 
 childs best interests to terminate Ceos parental rights and place the child 
 for adoption.
Pursuant to Ex parte Cauthen, 291 S.C. 465, 
 354 S.E.2d 381 (1987), Ceos counsel attached to the record of the family court 
 proceedings an affidavit stating his belief that the appeal lacks merit.  Ceo 
 filed a pro se response to counsels affidavit.
Upon reviewing Ceos brief, the record, and the family 
 courts determination in its entirety, we find no meritorious issues warranting 
 briefing.  Accordingly, the family courts decision is 
AFFIRMED.
CONNOR, STILWELL, and HOWARD, JJ., concur.